David P. Johnson (USB #13260)
*djohnson@wnlaw.com*
WORKMAN │ NYDEGGER A PROFESSIONAL CORPORATION
60 East South Temple, Suite 1000
Salt Lake City, UT  84111
Telephone:  (801) 533-9800
Facsimile:   (801) 328-1707

Songfong Tommy Wang (Cal. Bar No. 272409)
*twang@yangwanglaw.com*
*Pro Hac Vice* application pending
Leontyne Fan (Cal. Bar No. 285042)
*lfan@yangwanglaw.com*
*Pro Hac Vice* application pending
355 S. Grand Ave., Suite 2450
Los Angeles, CA  90071
Telephone:  (888) 827-8880
Facsimile:  (888) 827-8880

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EDIZONE, LLC, a Delaware limited Liability company,<br><br>                    Plaintiff,<br><br>            v.<br><br>ASIA FOCUS INTERNATIONAL GROUP, INC., dba TALLMENSHOES.COM, a California corporation, and DOES 1-50,<br><br>                    Defendants. | Civil Action No. 2:15-cv-00614 JNP-PMW<br><br>Judge Jill N. Parrish<br>Magistrate Judge Paul M. Warner<br><br>**[PROPOSED] ORDER ON MOTION TO DISMISS OR TRANSFER VENUE** |

## ORDER

The Court, having read and fully considered Defendant's Asia Focus International Group, Inc.'s ("Defendant") Motion to Dismiss for Lack of Personal Jurisdiction or in the Alternative Transfer Venue ("the Motion") and the papers submitted in support of and in opposition to the Motion, and finding good cause in support of the Motion,

IT IS HEREBY ORDERED that the Motion is GRANTED.  Plaintiff EdiZONE LLC's complaint (Dkt No. 2) is hereby DISMISSED for lack of personal jurisdiction over Defendant.

DATED this _____ day of February, 2016.

BY THE COURT:

_____
JILL N. PARRISH
United States District Judge